```
                                                    FILED
                                                 January 8, 2007
      UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:07MJ0001-GGH
       Plaintiff,              )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
RAFAEL FRANCISCO MONTANER-      )
FLORES,                         )
                                )
_____ )
       Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **RAFAEL FRANCISCO MONTANER-FLORES**, Case No. **2:07MJ0001-GGH**, Charge **SUPERVISED RELEASE VIOLATION**, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            ✔    (Other)    **Conditions as stated on the record.**

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Sacramento, CA** on **January 8, 2007** at **2:13 pm**.

                                By   /s/ Garland E. Burrell
                                       Garland E. Burrell
                                       United States District Judge

Copy 5 - Court