UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                                            RE:    Rafael Francisco MONTANER-FLORES
                                                      Docket Number:   2:07CR00035-01
                                                      **CONTINUANCE OF ADMIT/DENY HEARING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 13, 2007 to July 31, 2007 at 9:00 a.m.

**REASON FOR CONTINUANCE:**

On January 17, 2007, the releasee appeared before Magistrate Judge Gregory G. Hollows for his initial appearance. The matter was continued to July 13, 2007, in order to allow the releasee time to resolve his new law violation pending in the San Joaquin County Superior Court. In the interim the case was assigned to Chief Judge David F. Levi. However, the assigned hearing date mistakenly falls on the criminal calendar of Judge Garland E. Burrell, Jr. In order to allow for the setting of this matter before the appropriate Justice a continuance is requested. As discussed with Court Clerk, Harry Vine, the matter is tentatively set for the above date. In addition, the releasee is in the final stages of clarifying the terms of his sentence in the state case. This clarification will assist in the resolution of the pending supervised release revocation petition before the Court. Also, due to scheduled training outside the district, this officer is unavailable for the court hearing set for July 13, 2007.

RE:   Rafael Francisco MONTANER-FLORES
      Docket Number:   2:07CR00035-01
      <u>CONTINUANCE OF ADMIT/DENY HEARING</u>

Respectfully submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
United States Probation Officer

**REVIEWED BY:**   /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:   7/10/2007
         Elk Grove, California
         GAV/cj

cc:   Clerk, United States District Court
      Kyle Reardon, Assistant United States Attorney
      Lexi Negin, Assistant Federal Defender
      Probation Office

<u>xx</u>   **Approved**        [signature]                                7/10/07
                    **D. LOWELL JENSEN**                          Date
                    **Senior United States District Judge**

___   **Disapproved**