1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAFAEL MONTANER-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-35 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING |
| RAFAEL MONTANER-FLORES, | ) | |
| Defendant. | ) | |

   This case is currently scheduled for a Supervised Release revocation hearing on May 27, 2008.  The attorneys for both parties have conferred and agree that additional time is needed to discuss and negotiate a resolution of this case.   In addition, undersigned counsel will not be in the jurisdiction on May 27, 2008.

   The parties, through their respective counsel, hereby stipulate and agree that the revocation hearing scheduled in this case for May 27, 2008, be continued until June 17,  2008.

   A proposed order is attached and lodged separately for the court's convenience.

1

1 | DATED:May 22, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Daniel McConkie | /s/ Lexi Negin |
| DANIEL MCCONKIE | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Rafael Montaner-Flores |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-35 JAM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING SUPERVISED |
| v. ) | RELEASE REVOCATION HEARING |
| ) | |
| ) | |
| RAFAEL MONTANER-FLORES, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on May 22, 2008, IT IS HEREBY ORDERED that the revocation hearing currently scheduled for May 27, 2008, be vacated and that the case be set for Tuesday, June 17, 2008 at 9:00 a.m.

Dated: May 22, 2008

/s. John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2