DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RAFAEL F. MONTANER-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 07-035-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: February 16, 2010 |
| RAFAEL F. MONTANER-FLORES, ) | TIME: 9:30 am. |
| ) | JUDGE: Hon. John A. Mendez |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, RAFAEL F. MONTANER-FLORES and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the supervised release violation hearing set for Tuesday, February 16, 2010 be continued to Tuesday, February 23, 2010 at 9:30 am.. The reason for this continuance is that the defense counsel will be out of the jurisdiction on the previously scheduled date.

```
DATED: February 11, 2010        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Lexi Negin
                                LEXI NEGIN
                                Assistant Federal Defender
                                Attorney for Defendant
                                RAFAEL F. MONTANER-FLORES



DATED: February 11, 2010        BENJAMIN WAGNER
                                United States Attorney

                                /s/ Lexi Negin for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: 02/11/2010                   /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge
```

2