AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Eastern District of California

<table>
<tr><td>

UNITED STATES OF AMERICA
v.
**RAFAEL MONTANER-FLORES**
(Defendant's Name)

</td><td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:07CR00035 01**

LEXI NEGIN, AFD
Defendant's Attorney

</td></tr>
</table>

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges 1, 2, AND 3  as alleged in the violation petition filed on 01/27/2010 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 12/01/09; 12/9/09; 1/5/10; AND 1/12/10 |
| 2 | FAILURE TO PARTICIPATE IN DRUG TESTING | 11/12, 20, 24, 25, 30/09; 12/8, 15, 16, 28, 29/09; 1/19, 20/10 |
| 3 | FAILURE TO NOTIFY CHANGE IN RESIDENCE | 1/14/10 |

The court:  [✔] revokes supervision heretofore ordered on   2/11/2005  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

03/02/2010
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

03/03/2010
Date

CASE NUMBER:         2:07CR00035 01                                    Judgment - Page 2  of  2
DEFENDANT:           RAFAEL MONTANER-FLORES

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 MONTHS. .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                _____
                                                                UNITED STATES MARSHAL

                                                        By  _____
                                                                Deputy U.S. Marshal